[Dkt. Nos. 70, 75, 80, 88]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| D.N.,<br><br>Plaintiff,<br><br>v.<br><br>STOCKTON UNIVERSITY, DANIEL NOVAK, PI KAPPA PHI, JOHN DOES (1-20), A-Z OWNERS CORPORATIONS (1-20),<br><br>Defendants. | Civil No. 18-11932(RMB/JS)<br><br>**ORDER** |

Based on representations that the parties have agreed to settle all of the related "Stockton Cases," including the above-captioned matter, all outstanding motions in this case are dismissed as moot, pending the consummation of a settlement agreement and the filing a stipulation of voluntary dismissal.

**ACCORDINGLY, IT IS** on this **6th** day of **February 2020**, hereby:

**ORDERED** that all outstanding motions in this case [Dkt. Nos. 70, 75, 80, 88] are **DISMISSED** as moot.

s/Renée Marie Bumb
RENÉE MARIE BUMB
UNITED STATES DISTRICT JUDGE